No. 23-1743

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

---

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

Plaintiff/Appellee,

v.

**LBRY, INC.**

Defendant/Appellant

---

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and this Court's Rule 42, the parties stipulate and agree that this appeal should be dismissed.

Each party shall bear its own costs associated with this appeal.

Dated: October 20, 2023.

| | |
|---|---|
| */s/ Seth R. Aframe* | */s/ Keith W. Miller* |
| Seth R. Aframe | Keith W. Miller |
| US Attorney's Office | Rachel S. Mechanic |
| 53 Pleasant Street, 4th Floor | Emily Drinkwater |
| Concord, NH 03301-3904 | Perkins Coie LLP |
| Telephone: (603) 230-2352 | 1155 Avenue of the Americas |
| saframe@usdoj.gov | 22nd Floor |
| | New York, NY 10036-2711 |
| | Telephone: (332) 223-3955 |
| | KeithMiller@perkinscoie.com |
| | RMechanic@perkinscoie.com |
| | EDrinkwater@perkinscoie.com |

- 2 -

Amy Harman Burkart
Marc Jonathan Jones
Peter B. Moores
US Securities & Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110-1424
Telephone: (617) 573-5905
burkarta@sec.gov
jonesmarc@sec.gov
mooresp@sec.gov

David Darren Lisitza
US Securities & Exchange Commission
Rm. 9466, Mail Stop 9
100 F St. NE
Washington, DC 20549
Telephone: (202) 551-5015
Lisitzad@sec.gov

*Counsel for Plaintiff/Appellee*

Michael R. Huston*
Perkins Coie LLP
2901 North Central Avenue
Phoenix, AZ 85012
Telephone: (602) 351-8062
MHuston@perkinscoie.com
*Admitted only in Washington, D.C.

Timothy J. McLaughlin
Shaheen & Gordon PA
PO Box 2703
107 Storrs Street
Concord, NH 03302-2703
Telephone: (603) 225-7262
tmclaughlin@Shaheengordon.com

*Counsel for Defendant/Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically filed the foregoing Stipulation of Voluntary Dismissal with the First Circuit Court of Appeals by using the CM/ECF system causing it to be served on all persons and entities named on the CM/ECF Electronic Service List.

*/s/ Keith W. Miller*
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone: (332) 223-3955
KeithMiller@perkinscoie.com

*Counsel for Defendant/Appellant*
