# United States Court of Appeals
## For the First Circuit

No. 23-1743

US SECURITIES AND EXCHANGE COMMISSION,

Plaintiff - Appellee,

v.

LBRY, INC.,

Defendant - Appellant.

**JUDGMENT**

Entered: October 23, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk


cc:
Peter B. Moores, Seth R. Aframe, Amy Harman Burkart, Marc Jonathan Jones, David Darren Lisitza, William E. Christie, Timothy J. McLaughlin, Michael R. Huston, Adam H. Schuman, Keith W. Miller, Emily Drinkwater, Rachel S. Mechanic, Simon R. Brown, Adriaen M. Morse Jr., Cory Charles Kirchert, William Staple Gannon, John Deaton, Jennifer Lee Parent